**PROBABLE CAUSE AFFIDAVIT**
**Darron Eugene WALKER**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Darron Eugene WALKER hereinafter referred to as WALKER for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that WALKER committed this offence.

4. On or about March 25, 2022, CPD officers were dispatched to 240 S Napoleon Ave., Columbus Ohio on a report of a person with a gun. Once at scene officers observed WALKER running through a field behind 240 S Napoleon Ave.

5. Officers were able to stop WALKER and placed him in handcuffs. While WALKER was being taken into custody he stated, "I don't have the guns I tossed them in a field."

6. Officers contacted WALKER's live-in girlfriend. She stated that she and WALKER were arguing when he retrieved a firearm, racked the slide, then pointed it at her face and stated, "I'm going to shoot you in the face". WALKER then retrieved a second firearm and left the residence.

7. Officers recovered a loaded SCCY Model CPX-2 9mm handgun bearing 477798 and a loaded Glock Model 45 9mm handgun bearing serial BNTY270 in the field where they had observed WALKER running.

8. WALKER was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio Court of Common Pleas Case 16CR001293 for improperly handling a firearm in a motor vehicle.

9. Records from the Franklin County, Ohio Court of Common Pleas Case 16CR001293 show that on or about March 12, 2018, WALKER signed a guilty plea. This plea indicated that

**PROBABLE CAUSE AFFIDAVIT**
**Darron Eugene WALKER**

WALKER understood the maximum penalty for the crime he was pleading guilty to was 18 months of incarceration.

10. Your Affiant confirmed via ATF resources that the aforementioned firearms thrown by WALKER on or about March 25, 2022, were not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

11. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

12. Based on this information, your affiant believes probable cause exists that WALKER knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, SCCY Model CPX-2 9mm handgun bearing 477798 and a Glock Model 45 9mm handgun bearing serial BNTY270 and the firearms were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of ______, May 9, 2022, at ______ Columbus, Ohio.




Kimberly A. Jolson
United States Magistrate Judge